■ In the Matter of DOROTHEA MATTHEWS, Petitioner, v. MARK MATTHEWS, Respondent.— Motion by petitioner for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Probate of the Will of FLORENCE SALKIND, Deceased. ROBERT C. SALKIND, Appellant; SEYMOUR FINKELSTEIN, Respondent. — Motion by respondent to dismiss appeal: (a) from so much of a decree of the Surrogate's Court, Kings County, entered June 6, 1960, as fixes certain fees and apportions their payment; and (b) from an order of the Supreme Court, Kings County, dated November 3, 1960, entered in the Surrogate's Court on November 4, 1960, which settles the record on the appeal from the decree by allowing all of respondent's proposed amendments and by including therein certain exhibits. Motion denied. Cross motion by appellant to dispense with printing on his appeal from said order of November 3, 1960, settling the record, granted on condition that such appeal be perfected and argued or submitted at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The appeal will be heard on the original papers and on typewritten briefs of both parties. Appellant is directed, on or before February 10, 1961, to file six copies of his brief and to serve one copy on the respondent. Respondent shall file and serve the same number of copies of his brief. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of FAY SMOKLER, Respondent, v. ROBERT E. HERMAN, as State Rent Administrator, Appellant.— Motion by appellant for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of EDWARD S. SILVER, as District Attorney, Petitioner, v. SAMUEL TURCHIN, an Attorney, Respondent.— Motion by respondent for reargument of the motion to confirm the Official Referee's report recommending respondent's disbarment, referred to the court that rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. Motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) In the Matter of WESTINGHOUSE ELECTRIC CORPORATION, Respondent, v. JOSEPH H. LYONS, Appellant. (B) LEONARD A. MEYERSON, Appellant, v. COONEY BROS., INC., Respondent.— [In each action] Motion by respondent to dismiss appeal granted, and appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ RAUL M. MORALES, Respondent, v. LEON N. RODELL et al., Appellants. — Motion by appellants to extend time to perfect appeal, granted; time extended until 30 days after notice to appellants of: (1) the appointment and qualification of an executor or administrator of the respondent's estate; and (2) the substitution of such executor or administrator as the plaintiff-respondent in this action. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ MINNIE NOVINS, Appellant, v. JOSEPH SKLAR et al., Respondents.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of her typewritten brief and to serve one copy on respondent. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.